# CRIMINAL CASE COVER SHEET

By: ☐ INDICTMENT    ☐ SUPERSEDING Case Number: _____
☐ INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)*
☐ RULE 20    X  COMPLAINT

USA V. CAYDEN BROCK NEWBERRY _____

☑ Felony    ☐ Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐ Misdemeanor *(Not class A)*    ☐ Petty Offense

                                          Immigration Cases
      ☐ Defendant is being added to existing criminal case    ☐ Zone A    ☐ Zone B
      ☐ Charges/Counts Added

Name of Assigned AUSA: THOMAS MCCAULEY _____

Matter Sealed:    ☑ YES    ☐ NO    Place of Offense: Washington Co. _____

      ☐ Interpreter Required    Language: _____

Issue:    ☑ WARRANT    ☐ SUMMONS    ☐ WRIT (Motion to be filed)

Arresting Agency:    ☐ DEA  ☐ ATF  ☐ USMS  ☑ FBI  ☐ Other: _____

Current Trial Date (if any): _____ before Judge _____

      ☐ Criminal Complaint Filed    Case Number: _____

      ☐ Defendant on Supervised Release    Case Number: _____

Related Case/Attorney:

Case Number _____    Attorney _____

Reason for Related Case Determination _____

Defense Counsel (if any): _____

      ☐ Federal Defender    ☐ CJA    ☐ Retained

      Appointed by Target Letter    Case Number: _____
      Appointed in Pending Indictment    Case Number: _____

CHARGES:    Total # of Counts for this Defendant  3 _____

| | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| | 18 USC 2251(a) and (e) | Entice Minor to Engage in Sexual Activity to Produce Depictions | Y | 1 | |
| | 18 USC 2422(b) | Entice Minor Using Facility of Interstate Commerce | Y | 2 | |
| | 18 USC 2252A(a)(2)(A), (b)(1) | Knowingly Receive Child Pornography | Y | 3 | |

(Attach additional page, if needed)

Attorney Signature s/Thomas McCauley _____

# CRIMINAL CASE COVER SHEET

Case Number _____

USA v. _____

(Continued from Page 1)

| | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |