UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **2:25-MJ-216** |
| v. ) | |
| ) | |
| CAYDEN BROCK NEWBERRY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On November 20, 2025, the Court held Defendant's initial appearance on the criminal complaint filed in this cause. The Court noted that the presumption of detention applied, and the United States advised that it was seeking detention. Defendant's counsel conferred with Defendant regarding the issue of detention and advised that he wished to waive a detention hearing without prejudice to requesting one subsequently. If Defendant later files a motion requesting a detention hearing, the hearing will be scheduled promptly. A preliminary hearing will be held for the Defendant on **December 1, 2025, at 11:00 a.m.** before the undersigned.

Defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the

Government, the person in charge of the corrections facility must deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge