# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>CAYDEN BROCK NEWBERRY<br>Defendant | )<br>)  Case No. 2:25-MJ-216  SEALED<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  CAYDEN BROCK NEWBERRY,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2251(a) and (e) - Knowingly Entice a Minor into Sexual Activity to Produce Visual Depictions
18 U.S.C. § 2422(b) - Knowingly Entice a Minor into Engaging in Sexual Activity Using a Facility of Interstate Commmerce
18 U.S.C. §§ 2252A(a)(2)(a) and (b)(1) - Knowingly Receive Child Sexual Abuse Material Using a Facility of Interstate Commerce

Date: 11/19/2025

*Issuing officer's signature*

City and state: GREENEVILLE, TN

Cynthia Richardson Wyrick, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11/20/2025, and the person was arrested on *(date)* 11/20/2025
at *(city and state)* Johnson City, TN.

Date: 11/20/2025

*Arresting officer's signature*

Special Agent Gretchen Roberts
*Printed name and title*

11890931

2674-1120-0272-5