# UNITED STATES DISTRICT COURT

**EASTERN** DISTRICT OF **TENNESSEE**

USA

V.

Cayden Brock Newberry

## EXHIBIT AND WITNESS LIST

Case Number: 2:25-mj-216

| PRESIDING JUDGE<br>CYNTHIA RICHARSON WYRICK | PLAINTIFF'S ATTORNEY<br>Tom McCauley | DEFENDANT'S ATTORNEY<br>Lesley Tiller |
|---|---|---|
| TRIAL DATE (S)<br>11/24/2025 | COURT REPORTER<br>DCR | COURTROOM DEPUTY<br>AMANDA GUNTER |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W | | 12/1/2025 | | | Witness: Gretchen Roberts -FBI |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages