UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 2:25-CR-130 |
| | ) | JUDGE CORKER |
| CAYDEN BROCK NEWBERRY | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that in or about June 1 through October 1, 2025, in the Eastern District of Tennessee and elsewhere, the defendant, CAYDEN BROCK NEWBERRY, did knowingly employ, use, persuade, induce, entice, or coerce the Minor Victim or knowingly attempted to employ, use, persuade, induce, entice, or coerce the Minor Victim to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and CAYDEN BROCK NEWBERRY knew or had reason to know that such visual depictions would have been transported or transmitted using a means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or that such visual depictions were produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or such visual depictions had actually been transported or transmitted using a means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce.[18 U.S.C. § 2251(a) and (e)]

### COUNT TWO

The Grand Jury further charges that from in or about June 1 through October 1, 2025, in the Eastern District of Tennessee and elsewhere, the defendant, CAYDEN BROCK

NEWBERRY, did unlawfully and knowingly use any facility or means of interstate or foreign commerce to persuade, induce, entice, or coerce or did attempt to unlawfully and knowingly use any facility or means of interstate or foreign commerce to persuade, induce, entice, or coerce any individual who had not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18 United State Code (U.S.C.) § 2422(b).

A TRUE BILL:

FOREPERSON

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

BY: _____
THOMAS MCCAULEY
Assistant United States Attorney