# CRIMINAL CASE COVER SHEET

By: ☑ INDICTMENT ☐ SUPERSEDING Case Number: __25-130__
☐ INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)* DCLC 2
☐ RULE 20

USA v. CAYDEN BROCK NEWBERRY

☑ Felony ☐ Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐ Misdemeanor *(Not class A)* ☐ Petty Offense

☐ Defendant is being added to existing criminal case
☐ Charges/Counts Added

Immigration Cases
☐ Zone A ☐ Zone B

Name of Assigned AUSA: THOMAS MCCAULEY

Matter Sealed: ☐ YES ☑ NO   Place of Offense: Washington Co.

☐ Interpreter Required   Language: _____

Issue: ☐ WARRANT ☐ SUMMONS ☐ WRIT (Motion to be filed)

Arresting Agency: ☐ DEA ☐ ATF ☐ USMS ☑ FBI ☐ Other: _____

Current Trial Date (if any): _____ before Judge _____

☑ Criminal Complaint Filed   Case Number: 2:25-MJ-216
☐ Defendant on Supervised Release   Case Number: _____

Related Case/Attorney:

Case Number _____   Attorney _____

Reason for Related Case Determination _____

Defense Counsel (if any): LaRae Ganger

☑ Federal Defender ☐ CJA ☐ Retained

Appointed by Target Letter   Case Number: _____
Appointed in Pending Indictment   Case Number: _____

CHARGES: Total # of Counts for this Defendant __3__

| Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|
| 18 USC 2251(a) and (e) | Entice Minor to Engage in Sexual Activity to Produce Depictions | Y | 1 | |
| 18 USC 2422(b) | Entice Minor Using Facility of Interstate Commerce | Y | 2 | |
| | | | | |

(Attach additional page, if needed)

Attorney Signature s/Thomas McCauley