# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:25-CR-00130-DCLC-CRW |
| | ) | |
| CAYDEN BROCK NEWBERRY | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

Counsel, LaRae M. Ganger, respectfully provides this Honorable Court with notice of appearance of counsel on behalf of defendant, Cayden Brock Newberry.

        RESPECTFULLY SUBMITTED:

        FEDERAL DEFENDER SERVICES OF
        EASTERN TENNESSEE, INC.

BY:    s/ *LaRae M. Ganger*
        LaRae M. Ganger
        BPR No. 037399
        Federal Defender Services
        219 West Depot Street, Suite 2
        Greeneville, TN 37743
        (423) 636-1301