UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAYDEN BROCK NEWBERRY, )<br>)<br>Defendant. )<br>) | 2:25-CR-130 |

## **ORDER**

An initial appearance on the Indictment [Doc. 13] returned in this matter shall be held before the undersigned on **Tuesday, January 13, 2026, at 9:30 a.m.** Defendant's presence is **REQUIRED**.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge