U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at Greeneville

Date: 01/13/2026    Courtroom: 300 - Greeneville

Initial Appearance: ☐ Complaint ☐ Indictment ☐ SSI ☐ Information ☐ Violation Petition ☐ Rule 5
Other Hearing: ☑ Arraignment ☐ Arraignment on SSI

**Case No.** 2:25-cr-130    **USA v.** Caden Newberry

Present Before: HONORABLE Cynthia Richardson Wyrick    U.S. Magistrate Judge

| **Tom McCauley** | **Lesley Tiller** | |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant ☑ Appt. ☐ Retd. ☐ Ltd. App. | US Probation Officer |
| Amanda Gunter | DCR | |
| Courtroom Deputy | Court Reporter / Digital Recording | Interpreter ☑ SWORN |

**PROCEEDINGS**:
☑ Financial affidavit executed (previously)    Court Appointed: ☐ Federal Defender or ☐ CJA Attorney
☐ Deft. retained an attorney    ☐ Deft. WAIVED appointment of an attorney
☑ Deft. advised of rights
☑ Deft. waived reading of Indictment/Information    ☐ Indictment/Information Read
☑ Deft. pleads not guilty on counts 1-2    ☐ Deft. entered no plea
☐ Not guilty plea entered by Court on defendant's behalf
☐ Deft. requested a Preliminary Examination    ☐ Deft WAIVED the Rule 5 hearings
☑ Court UNSEALED case in its entirety    ☐ Case REMAINS sealed
☐ Court UNSEALED case as to the defendant(s) at this proceeding

**DATES SET**:
Jury Trial: **(2 days) 05/19/2026**    Final Pretrial Conf.: ___
Detn Hrg: ___    Preliminary Examination: ___
Arraignment: ___    Motion Hrg: ___
Status Conf: ___    Other Hrg: ___
Revocation Hrg: ___

**DEADLINES SET**:
Discovery Ddl: ___    Reciprocal Discovery Ddl: ___
Motion Cut-Off: 03/20/2026    Response Ddl: 03/30/2026
Plea Ddl: 04/28/2026    Other: ___

**BOND**:
☑ Government moved for detention
☑ Dft WAIVED detention hrg.    ☐ Detention hrg. set    ☐ Detention hrg. held at Initial Appearance
☐ Deft. released on Conditions of Release
☑ Deft. remanded to the custody of the U.S. Marshal

I, Amanda Gunter, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
DCR File: dcr 2-25-cr-130 20260113 093636    Court time: 9:37 to 9:46