UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **2:25-CR-130** |
| v. ) | |
| ) | |
| CAYDEN BROCK NEWBERRY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On November 20, 2025, the Court held Defendant's initial appearance on the criminal complaint filed in this cause, and at that time the Court permitted him to waive and reserve his right to later request a detention hearing. On January 13, 2026, at his initial appearance on the indictment in this matter, Defendant advised the Court that he wished to continue to waive and reserve that right.

As such, Defendant shall remain in the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge