UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

UNITED STATES OF AMERICA,       )
                                )
          Plaintiff,            )          2:25-CR-00130-DCLC-CRW
                                )
     v.                         )
                                )
CAYDEN BROCK NEWBERRY,          )
                                )
          Defendant.            )

**ORDER**

Before the Court is Defendant's Motion to Continue [Doc. 22].  Counsel requests a sixty-day continuance of the trial date and other deadlines to review discovery materials and to meet with Defendant, who is detained in Abingdon, Virginia. The Government does not oppose the motion.

The motion is well-taken and **GRANTED.**  The dates and deadlines previously set in this case are **RESET** in accordance with the deadlines listed below.  Unless explicitly modified by this order, all provisions of the Court's original Order on Discovery and Scheduling shall remain in effect.

| Modified Dates & Deadlines | |
|---|---|
| Motion Deadline | May 29, 2026 |
| Plea Deadline | July 7, 2026 |
| Trial Date | July 28, 2026 |

For the reasons stated in the motion, the Court finds that the ends of justice are served by continuing the trial and related deadlines outweigh the interests of the public and Defendant in a

1

speedy trial.  Thus, all time between the filing of this Order and the new trial date is hereby declared "excludable time" under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge

2